EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| In re:                                                                 | 2026 TSPR 68   |
|------------------------------------------------------------------------|----------------|
| Designación de la Directora Ejecutiva de la Comisión de Evaluación Judicial | 218 DPR ___    |

Número del Caso:  EN-2026-0003


Fecha:  23 de junio de 2026


Materia: Designación de la Directora Ejecutiva de la Comisión de Evaluación Judicial.

Este documento está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal Supremo. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

*In re*:

Designación de la Directora          EN-2026-003
Ejecutiva de la Comisión de
Evaluación Judicial

RESOLUCIÓN

En San Juan, Puerto Rico, a 23 de junio de 2026.

En virtud de la Regla 5 del Reglamento para la Evaluación de Jueces y Juezas del Tribunal de Primera Instancia, 199 DPR 904 (2018), el Tribunal Supremo designa a la Lcda. Vicmari López Latorre como Directora Ejecutiva de la Comisión de Evaluación Judicial, efectivo el 16 de julio de 2026.

Publíquese.

Lo acordó el Tribunal y certifica el Secretario del Tribunal Supremo. La Jueza Asociada señora Pabón Charneco no intervino.

Javier O. Sepúlveda Rodríguez
Secretario del Tribunal Supremo